UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------X
DONELL HICKMAN,

                        Plaintiff,

    -against-

NYU LUTHERAN, NYU LANGONE HEALTH SYSTEM,
DANIEL JOSEPH PURCELL, MD, UNKNOWN MEDICAL
PERSONNEL AT LANGONE HEALTH SYSTEM,
BELLEVUE HOSPITAL CENTER, ATTENDING
PHYSICIAN RAJNEESH GULATI, MD, ALEXANDRA
ORTEGA, MD, JULIA PARIS, MD, MARK
P. BERNSTEIN, MD, UNKNOWN MEDICIALPERSONNEL
AT BELLEVUE HOSPITAL CENTER, MEDICAL STAFF
AND CORRECTIONAL OFFICERS AT MDC BROOKLYN,
and THE FEDERAL BUREAU OF PRISONS (B.O.P.),

                        Defendants.

**REPORT AND RECCOMENDATION**
**21 CV 1738 (DG)(LB)**

----------------------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

        Plaintiff commenced this *pro se* action against defendants on March 29, 2021, ECF No. 1, and paid the filing fee. ECF No. 13. Plaintiff alleges that on December 21, 2016, he fell from his bunk while incarcerated at Metropolitan Detention Center (MDC), injuring his eye. Plaintiff claims he was denied proper by defendants, including Drs. Julia Paris and Alexandra Ortega. Id. at 2.

        The Federal Rules of Civil Procedure provide that:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

        Fed. R. Civ. P. 4(m). The Court granted plaintiff several extensions of the ninety-day deadline to serve defendants Paris and Ortega. Plaintiff failed to serve these defendants.

        All the named defendants besides Drs. Ortega and Paris have appeared in this action. On January 13, 2022, although plaintiff had paid the filing fee to commence this action, the Court ordered the United States Marshals Service (USMS) to serve the named defendants without prepayment of fees in the interests of justice as plaintiff was incarcerated. ECF No. 16. On March

1

8, 2022, the USMS attempted to serve process on defendants Paris and Ortega, but the summons and complaint were returned unexecuted. ECF Nos. 28-29. On June 10, 2022, at the Court's direction, counsel for defendants Bellevue Hospital Center filed a status letter regarding the last known addresses of defendants Paris and Ortega.[1]

On June 30, 2022, the Court ordered plaintiff to "serve defendant Paris and defendant Ortega by August 27, 2022 and provide the Court with proof of service." ECF No. 42. The Court warned plaintiff that it "cannot investigate the whereabouts of defendants, nor will it again order service by the USMS. That is plaintiff's responsibility." Id. Plaintiff was cautioned that if he failed to file proof of proper service by August 27, 2022, "plaintiff's claims against these defendants shall be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m)." Id. The Court subsequently granted plaintiff's motion to extend this deadline following his release from prison and ordered plaintiff to serve defendants Ortega and Paris and file proof of service by October 20, 2022.[2] ECF No. 46. Plaintiff failed to file proof of service. However, out of an abundance of caution, the Court allowed plaintiff until November 15, 2022 to file proof of service. ECF No. 49.

Plaintiff has failed to timely serve defendants Paris and Ortega. Accordingly, it is respectfully recommended that plaintiff's claims against defendants Dr. Julia Paris and Dr. Alexandra Ortega should be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

---

[1] The letter provided an address for Dr. Paris, but stated that the New York City Health and Hospitals Corporation did not have any information regarding Dr. Ortega. ECF No. 40.

[2] On August 23, 2022, plaintiff filed a letter stating that he "will [sic] like to serve" two doctors at NYU Lutheran, naming them as "Alexandr Ortego" and Julia Paris and providing addresses. ECF No 47. The Clerk issued plaintiff summonses to serve defendants the same day. ECF No. 48.

**FILING OF OBJECTIONS TO THIS REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b)(2) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. See also Fed. R. Civ. P. 6.  Such objections (and any responses to objections) shall be filed with the Clerk of the Court.  Any request for an extension of time to file objections must be made within the fourteen-day period. Failure to file a timely objection to this Report generally waives any further judicial review.  Marcella v. Capital Dist. Physicians' Health Plan, Inc., 293 F.3d 42, 46 (2d Cir. 2002); Small v. Sec'y of Health & Human Servs., 892 F.2d 15, 16 (2d Cir. 1989); see Thomas v. Arn, 474 U.S. 140 (1985).

SO ORDERED.

                                                  /S/
                                    LOIS BLOOM
                                    United States Magistrate Judge

Dated: November 21, 2022
       Brooklyn, New York